IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 11-204 |
| | ) | |
| v. | ) | (JUDGE Conner) |
| | ) | |
| BRANDON S. BORDERS, | ) | |
| | ) | **FILED** |
| Defendant. | ) | **HARRISBURG** |

JUN 2 2 2011

MARY E. D'ANDREA, CLERK

Per_____
         DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Between on or about December 29, 2006 and on or about August 18, 2009, in Dauphin County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

BRANDON S. BORDERS,

while an officer, that is, Secretary-Treasurer, of the United Transportation Union Local 997, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds,

securities, property, and other assets of said labor organization in the approximate amount of $ 12,551.16.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

~~, GRAND JURY~~

~~DATE~~

*Peter J. Smith* /JTC
PETER J. SMITH
UNITED STATES ATTORNEY